FILED 26 AUG '26 14:36 USDC-ORE

**6:26-cv-01779-JE** - SSS

Preston Berman
Oregon State Hospital
2600 Center St. NE
Salem, OR 97301

August 20, 2026

Clerk of the Court
United States District Court for the District of Oregon
405 East Eighth Avenue, Ste. 2100
Eugene, OR 97401

Re: Preston Berman v. Bort, et al.
Subject: Notice of Remittance of Filing Fee for Petition for Writ of Habeas Corpus

Dear Clerk of the Court:

Enclosed for filing please find my Petition for a Writ of Habeas Corpus.

Pursuant to the court's filing requirements, please accept this letter as formal notice that the $5.00 filing fee for the petition will be remitted to your office within thirty (30) days from the date of this letter.

Please file the enclosed petition. If there are any additional forms or fees required to process this filing, please notify me at the address above.

Thank you for your time and assistance in processing this petition.

Sincerely,

*s/ Preston Berman*
PRESTON BERMAN
2600 Center St. NE
Salem, OR 97301-2669